

Attorneys at Law

Brian G. Cesaratto
Tel: 212.351.4921
Fax: 212.878.8750
jbcesaratto@ebglaw.com

February 13, 2018

**VIA FEDEX & ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

Re: *Ifeanyichukwu E. Okeke, et al., v. The New York and Presbyterian Hospital*
16 Civ. 570 (CM) (DCF)

Dear Judge McMahon:

    We represent Defendant The New York and Presbyterian Hospital in the above referenced matter. We are writing this joint letter to request a sixty (60) day extension of the status report date Your Honor approved, which is currently set for February 21, 2018. (Dkt. No. #234). The parties have reached a settlement in principle and request this additional time to finalize the settlement. If Your Honor approves, the parties will provide a status update no later than Monday April 23, 2018.

    Thank you for Your Honor's attention to this matter.

Respectfully submitted,

s/ Brian G. Cesaratto

Brian G. Cesaratto

Cc: Osondu Anyadike, Esq. (Via ECF)
Anthony Ofodile, Esq. (Via ECF)